IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCESCA HEREDIA-CAINES, : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 5:19-cv-05815-JMG |
| : | |
| LEHIGH VALLEY HOSPITAL, INC., : | |
| Defendant. : | |

**ORDER**

**AND NOW**, this 18th day of January, 2022, upon consideration of the Defendant's Motion for Summary Judgment (ECF No. 40), Plaintiff's response (ECF No. 41) and Defendant's reply thereto (ECF Nos. 44, 45), **IT IS HEREBY ORDERED** as follows:

1. Defendant's motion is **GRANTED** with respect to Plaintiff's claims under Title VII of the Civil Rights Act of 1964. Judgment in **ENTERED** in favor of Defendant on those claims.

2. Defendant's motion is **GRANTED** with respect to Plaintiff's claims for constructive discharge and retaliation under 42 U.S.C. § 1981. Judgment in **ENTERED** in favor of Defendant on those claims.

3. In all other respects, Defendant's motion is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge