IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCESCA HEREDIA-CAINES, : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 5:19-cv-05815-JMG |
| : | |
| LEHIGH VALLEY HOSPITAL, INC., : | |
| Defendant. : | |

**ORDER**

**AND NOW**, this 27th day of January, 2022, upon consideration of Defendant's Motion to Exclude Expert Testimony and Report of Plaintiff's Proposed Expert, Mark Richardson, Psy.D., (ECF Nos. 50, 51), and Plaintiff's response (ECF No. 55, 56), for the reasons set forth in the memorandum opinion accompanying this Order, **IT IS HEREBY ORDERED** that Defendant's motion is **DENIED**.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge